IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | | |
|---|---|---|
| **BRAKE PARTS, INC.,** | ) | |
| a Delaware Corporation, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 09-cv-132 KSF |
| | ) | |
| vs. | ) | |
| | ) | Hon. Karl S. Forester |
| **DAVID LEWIS,** | ) | United States Senior Judge |
| an individual, | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF BRAKE PARTS, INC.'S MOTION FOR THE ISSUANCE OF A LETTER ROGATORY

Barry D. Hunter
Frost Brown Todd
Lexington Financial Center
250 West Main, Suite 2800
Lexington, Kentucky  40507-1749

Michael D. Wexler
Jason P. Stiehl
Seyfarth Shaw LLP
131 S. Dearborn Street, Suite 2400
Chicago, Illinois 60603-5577
(312) 460-5000
(*pro hac vice*)

Attorneys for Plaintiff
Brake Parts, Inc.

CH1 11713669.1

Pursuant to Federal Rules of Civil Procedure 28(b) and the inherent power of this Court, Plaintiff Brake Parts, Inc. ("BPI") respectfully moves this Court to issue a letter rogatory to enable BPI to conduct discovery in Canada. BPI seeks to obtain the production of documents and information from one company, Satisfied Brake Products, Inc. ("Satisfied") and the deposition of its corporate representative, located in Cornwall, Ontario, Canada, and, in support thereof, states as follows:

1. BPI filed this action against defendant David Lewis ("Lewis") alleging blatant misappropriation of BPI's confidential and proprietary information, in breach of his contractual and statutory obligations, as well as his fiduciary duty to BPI. Among other relief, BPI seeks to enjoin Lewis from his continued misappropriation of this information.

2. As it relates to this action, Lewis, either directly and/or through another third-party, utilized the facilities at Satisfied to manufacture brake pads. Upon information and belief, those brake pads were generated utilizing BPI's proprietary and confidential information, including, but not limited to, formulations, techniques and processes.

3. A U.S. court has inherent authority to issue letters rogatory. *See United States v. Staples*, 256 F.2d 290, 292 (9th Cir. 1958). In addition, 28 U.S.C. § 1781(a)(2) implicitly provides federal courts with authority to issue letters rogatory when it allows the United States Department of State to receive a letter rogatory issued by a tribunal in the United States for the purpose of transmitting it to the foreign tribunal. Whether to issue such a letter is a matter of discretion for the court. *See United States v. Mason*, 1990 WL 185894, slip copy at *2 (4th Cir. Nov. 29, 1990) (attached as Exhibit A).

4. Conducting a deposition in a foreign country under the authority of a letter rogatory is provided for in Fed.R.Civ.P. 28(b)(1). Factors relevant to the court's exercise of its

discretion include those listed in Fed.R.Civ.P. 26(b) and (c). *See Asis Internet Services. v. Optin Global, Inc.*, 2007 WL 1880369, slip copy at *3 (N.D. Cal. June 29, 2007) (attached as Exhibit B).

5. Here, issuing a letter rogatory will allow BPI to undertake discovery of Satisfied, a Canadian company which appears to have direct connection to the issues at hand in this case, including the misappropriation and use of BPI's formulations, as well as to learn the nature and extent of the relationship between the defendant Lewis and Satisfied.

WHEREFORE, under the inherent authority of this Court, as well as Fed. R. Civ. P. 28 (b), BPI respectfully respects this Court issue the letter rogatory attached hereto as Exhibit C to the Ontario Superior Court of Justice (Cornwall).

        Respectfully submitted,

        BRAKE PARTS, INC.

        By:  /s/ Jason P. Stiehl  .
            One of Its Attorneys

Barry D. Hunter
FROST BROWN TODD
Lexington Financial Center
250 West Main, Suite 2800
Lexington, Kentucky  40507-1749

Michael D. Wexler (Admission Pending)
Jason P. Stiehl (Admission Pending)
SEYFARTH SHAW LLP
131 S. Dearborn St., Ste. 2400
Chicago, Illinois 60603
(312) 460-5000 (telephone)
(312) 460-7000 (facsimile)

CH1 11713669.1

**CERTIFICATE OF SERVICE**

      Jason P. Stiehl, an attorney, certifies that on April 30, 2009, he caused a true and correct copy of **PLAINTIFF BRAKE PARTS, INC.'S MOTION FOR THE ISSUANCE OF A LETTER ROGATORY** to be filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.

> Larry A. Sykes
> Amy C. Johnson
> STOLL KENNON OGDEN PLLC
> 300 West Vine Street, Suite 2100
> Lexington, KY  40507-1801

    /s/ Jason P. Stiehl
           Jason P. Stiehl