UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| **BRAKE PARTS, INC.,** a Delaware Corporation | ) ) ) | **Civil Action No. 09-CV-00132-KSF** |
| **PLAINTIFF** | ) ) ) | **ELECTRONICALLY FILED** |
| v. | ) ) ) | |
| **DAVID LEWIS,** an individual | ) ) ) ) | |
| **DEFENDANT** | ) ) | |

## MOTION FOR LEAVE TO ENTER SPECIAL AND LIMITED APPEARANCE FOR THE SOLE PURPOSE OF OBJECTING TO PLAINTIFF'S MOTION FOR THE ISSUANCE OF A LETTER ROGATORY

Movant Satisfied Brake Products, Inc. ("Satisfied"), a foreign non-party, without submitting to the personal jurisdiction of this Court and without waiving any objections to personal jurisdiction which may be available to it under the Federal Rules of Civil Procedure or by statute, hereby moves this Court for leave to enter a special and limited appearance for the sole purpose of objecting to Plaintiff's Motion for the Issuance of a Letter Rogatory.

Satisfied requests that the Court enter an Order granting Satisfied leave to enter this special appearance and declaring that Satisfied has not waived any objections to personal jurisdiction by making this special and limited appearance.

Satisfied requests that the Court hold Plaintiff's Motion in abeyance unless and until Plaintiff's discovery with Defendant David Lewis provides good cause to burden Satisfied and the Ontario Courts with Plaintiff's discovery. Alternatively, Satisfied also

requests that the Court limit the discovery sought by Plaintiff to three areas: (1) any information that Satisfied was provided by David Lewis that belongs to Plaintiff or third parties that is not related to any of Satisfied's own confidential and proprietary information, (2) any documents that Satisfied was provided by David Lewis that belong to Plaintiff or third parties that is not related to any of Satisfied's own confidential and proprietary information, and (3) information regarding the nature of any relationship Satisfied might have with David Lewis. Satisfied files its Memorandum in Support of this Motion contemporaneously herewith.

        Respectfully submitted,

/s/ David A. Owen
David A. Owen, Esq.
Joseph A. Tarantelli, Esq.
GREENEBAUM DOLL & MCDONALD PLLC
300 West Vine Street, Suite 1100
Lexington, KY  40507
(859)-231-8500 (telephone)
(859)-255-2742 (facsimile)
dao@gdm.com
jat3@gdm.com
COUNSEL FOR MOVANT,
SATIFIED BRAKE PRODUCTS, INC.,
A FOREIGN NON-PARTY

## CERTIFICATE OF SERVICE

      I hereby certify that on this 15th day of May, 2009, I electronically filed the foregoing with the clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Barry D. Hunter
Frost Brown Todd
Lexington Financial Center
250 West Main, Suite 2800
Lexington, Kentucky 40507-1749
*Counsel for Plaintiff*

and

Larry A. Sykes
Amy C. Johnson
Stoll Keenon Ogden PLLC
300 West Vine Street, Suite 2100
Lexington, Kentucky 40507-1801
*Counsel for Defendant David Lewis*

      I also hereby certify that on this 15th day of May, 2009, I emailed and mailed the foregoing via U.S. Mail, postage prepaid, to the following non-participants in the CM/ECF system for the United States District Court for the Eastern District of Kentucky:

Michael D. Wexler
Jason P. Stiehl
Seyfarth Shaw LLP
131 S. Dearborn Street, Suite 2400
Chicago, Illinois 60603-5577
*Counsel for Plaintiff*

                                      /s/ David A. Owen
                                      COUNSEL FOR MOVANT,
                                      SATIFIED BRAKE PRODUCTS, INC.,
                                      A FOREIGN NON-PARTY

3399989_1.doc