UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION NO. 09-132-KSF

BRAKE PARTS, INC.,                                                                                  PLAINTIFF

V.                                                     **ORDER**

DAVID LEWIS,                                                                                        DEFENDANT

\* \* \* \* \* \* \* \* \*

In accordance with the Memorandum Opinion and Order entered contemporaneously herewith which grants the motion of plaintiff Brake Parts, Inc., for the Issuance of a Letter Rogatory concerning certain discovery it wants to obtain from Satisfied Brake Products, Inc., a non-party, foreign corporation located in Ontario, Canada,

**IT IS HEREBY ORDERED** that:

1. The Clerk of the Court is directed to authenticate the Court's signature to the original Letter Rogatory and the accompanying Exhibits A, B, and C attached thereto, all of which are attached to this Order and to provide same to plaintiff's counsel.

2. Plaintiff's counsel is directed to transmit the original Letter Rogatory to the Judicial Authorities of the Ontario Superior Court of Justice, 29 Second Street West, Cornwall, Ontario, Canada K6J 1G3 for execution in conformity with Article 2 of the Hague Evidence Convention.

This 6th day of July, 2009.

Signed By:
*James B. Todd*
United States Magistrate Judge